**AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NAME OF DEBTOR: Tonyon Zackery

CASE NO. 17-60773

ADDRESS: 16102 Providence Cir

CITY, STATE, ZIP: Lithonia Ga 30038

TELEPHONE NO: 678-577-7222

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER: YES [X]   NO [ ]

If someone did assist you, list their name and address:

NAME: Angela Fort

ADDRESS: 1544 Wellborn Rd 477

CITY, STATE, ZIP CODE: Redan Ga 30074

TELEPHONE NUMBER: (404) 955-1365

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER: YES [ ]   NO [X]   IF "YES", HOW MUCH ($300)

Have you filed a bankruptcy case in the past?
ANSWER: YES [X]   NO [ ]

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____ PRO SE PETITIONER

Subscribed and sworn to before me on the 19th day of June, 2017

NOTARY PUBLIC                    DEPUTY CLERK

F61 (psafdt) 04/04